# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| LEINER HEALTH PRODUCTS INC., et al.,[1] | ) Case No. 08-10446 (KJC) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Re: Docket No. 251 |

## ORDER AUTHORIZING THE SALE OF AN ASSET FREE
## AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES
## AND OTHER INTERESTS TO A CANADIAN AFFILIATE

Upon the motion (the "Motion") of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") authorizing the sale of an asset free and clear of all liens, claims, encumbrances and other interests to a Canadian affiliate; and upon the Declaration of Robert K. Reynolds, President, Chief Executive Officer and Director of Leiner Health Products Inc., in Support of First Day Pleadings; and it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors and other parties in interest; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion having been adequate and appropriate under the circumstances; and after due deliberation and sufficient cause appearing therefor, it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Leiner Health Products Inc. (1709), LHP Holding Corp. (7947), Leiner Health Products, LLC (6283) and Leiner Health Services Corp. (4464). The address for all Debtors is: 901 E. 233rd Street, Carson, California 90745.

ORDERED, that the Motion is granted; and it is further

ORDERED, that pursuant to section 363(b) of the Bankruptcy Code, the Debtors are authorized to sell the Fette Press to Vita for $463,956; and it is further

ORDERED, that pursuant to section 363(f) of the Bankruptcy Code, the sale of the Fette Press shall be free and clear of all liens, claims, encumbrances and interests thereon (the "Liens"), with such Liens attaching to the proceeds with the same validity, extent and priority as had attached to the Fette Press immediately prior to the sale; provided, however, that all of the Debtors' claims, defenses and objections with respect to the amount, validity and priority of each claim or Lien are expressly preserved; and it is further

ORDERED, that the sale of the Fette Press was proposed, negotiated and entered into in good faith by the parties, thereby entitling Vita to receive the benefit and protections of sections 363(m) and (n) of the Bankruptcy Code; and it is further

ORDERED, that the ten-day stay period under Bankruptcy Rule 6004(h) is waived; and it is further

ORDERED, that the Debtors are authorized to take all actions necessary or appropriate to effectuate the relief granted pursuant to this order in accordance with the Motion; and it is further

ORDERED, that the terms and conditions of this Order shall be immediately effective and enforceable upon entry of the Order; and it is further

ORDERED, that the Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: May 19, 2008
Wilmington, Delaware

The Honorable Kevin J. Carey
United States Bankruptcy Judge

2

RLF1-3276626-1