# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| LEINER HEALTH PRODUCTS INC., et al.,[1] | ) Case No. 08-10446 (KJC) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

## SECOND NOTICE OF REJECTION OF EXECUTORY CONTRACTS

TO: ALL CONTRACT COUNTER-PARTIES TO THE EXECUTORY CONTRACTS LISTED ON THE SCHEDULE ATTACHED HERETO AS **EXHIBIT B**

**PLEASE TAKE NOTICE** that on April 7, 2008, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered the order approving the *Debtors' Motion for Entry of an Order Authorizing and Approving (A) Expedited Procedures for Rejecting Executory Contracts and Unexpired Leases of Personal and Non-Residential Real Property and (B) Abandoning Certain Personal Property* [Docket No. 171] (the "Order"), attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the above-captioned debtors and debtors in possession (the "Debtors") hereby provide notice of their intent to reject the executory contracts listed on the schedule attached hereto as **Exhibit B** (each an "Executory Contract" and collectively, the "Executory Contracts").[2] Pursuant to the terms of

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Leiner Health Products Inc. (1709), LHP Holding Corp. (7947), Leiner Health Products, LLC (6283) and Leiner Health Services Corp. (4464). The address for all Debtors is: 901 E. 233rd Street, Carson, California 90745.

[2] The filing of this "Second Notice Of Rejection Of Executory Contracts" (the "Notice") is not intended, and should not be construed as, an indication as to whether any agreement discussed herein or listed on Exhibit B is executory for purposes of section 365 of Title 11 of the U.S. Code (the "Bankruptcy Code").

the Order, the Executory Contracts shall be deemed rejected effective fifteen (15) days after this notice is served (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, should you object to the Debtors' rejection of any of the Executory Contracts, you must file and serve a written objection so that such objection is filed with the Bankruptcy Court and **actually received** no later than fifteen (15) days after the date that the Debtors served this Notice by the following parties: (a) counsel to the Debtors: Kirkland & Ellis LLP, 777 South Figueroa Street, Los Angeles, California 90017, Attn: Lance Miller, Esq., and Richards, Layton & Finger, One Rodney Square, 920 N. King Street, Wilmington, Delaware 19801, Attn: Mark D. Collins, Esq., (b) counsel to the official committee of unsecured creditors (if any); and (c) the Office of the United States Trustee of the District of Delaware (collectively, the "Objection Notice Parties"). Absent such an objection being filed and served in compliance with the foregoing, the rejection of the Executory Contracts shall become effective on the Rejection Date, without further notice, hearing or order of the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that, if an objection is properly filed and served on the Objection Notice Parties as specified above, the Bankruptcy Court will schedule a hearing to consider that objection. If the Bankruptcy Court upholds the objection and determines the effective date of rejection of such executory contract, that date shall be the rejection date. If such objection is overruled or withdrawn or the Bankruptcy Court does not determine the date of rejection, the rejection date of such executory contract shall be deemed to have occurred on the Rejection Date.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if the Debtors have deposited monies with a contract counter-party as a security deposit or

arrangement, such contract counter-party may not off-set or otherwise use such deposit without prior authorization from the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that upon the rejection of the Executory Contract(s) you are required to file a rejection damages claim, if any, thirty (30) days after the Rejection Date.

Dated: July 9, 2008
       Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**

_/s/ signature_

Mark D. Collins (Bar No. 2981)
Jason M. Madron (Bar No. 4431)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

**KIRKLAND & ELLIS LLP**
Richard M. Cieri
Paul M. Basta
Edward O. Sassower
Stephen E. Hessler
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

- and -

**KIRKLAND & ELLIS LLP**
Bennett L. Spiegel
Lori Sinanyan
Lance Miller
777 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Co-Counsel for the Debtors and Debtors in Possession