IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LEINER HEALTH PRODUCTS INC., et al.,[1] | ) | Case No. 08-10446 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Deadline: August 19, 2008 at 4:00 p.m. (EDT)** |

## NOTICE OF FILING BY ALVAREZ & MARSAL NORTH AMERICA, LLC OF REPORT OF COMPENSATION EARNED AND EXPENSES INCURRED FOR THE PERIOD FROM MARCH 10, 2008 THROUGH JUNE 30, 2008

PLEASE TAKE NOTICE that, on March 19, 2008, the above-captioned debtors and debtors-in-possession (the "Debtors") filed the **Debtors' Motion for Entry of an Order Approving the Services Agreement Between the Debtors and Alvarez & Marsal North America, LLC** *Nunc Pro Tunc* **to the Petition Date** (the "A&M Motion") [Docket No. 58] with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court") seeking approval of the standard services agreement, dated as of March 10, 2008, by and between the Debtors and Alvarez & Marsal North America, LLC and its affiliates (collectively, "A&M") *nunc pro tunc* to March 10, 2008.

PLEASE TAKE FURTHER NOTICE that, on April 8, 2008, the Bankruptcy Court entered its **Order Approving the Services Agreement Between the Debtors and Alvarez & Marsal North America, LLC** *Nunc Pro Tunc* **to the Petition Date** [Docket No. 192] (the "A&M Retention Order"). Pursuant the A&M Retention Order, the Bankruptcy Court approved the A&M Motion.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Leiner Health Products Inc. (1709), LHP Holding Corp. (7947), Leiner Health Products, LLC (6283) and Leiner Health Services Corp. (4464). The address for all Debtors is: 901 E. 233rd Street, Carson, California 90745.

RLF1-3307634-1

PLEASE TAKE FURTHER NOTICE that the A&M Retention Order provides, among other things, that "A&M shall file with the court, and provide notice to the U.S. Trustee and all official committees, reports of compensation earned and expenses incurred on quarterly basis. Such report shall summarize the service provided, identify the compensation earned by each executive officer and staff employee provided and itemize the expenses incurred. The notice shall provide a time period for objections. All compensation shall be subject to review by the court in the event an objection is filed (*i.e.*, a "negative notice" procedure)." See A&M Retention Order at pp. 2-3.

PLEASE TAKE FURTHER NOTICE that, in accordance with the A&M Retention Order, notice is hereby given that A&M has filed the attached report of compensation earned and expenses incurred for the period of March 10, 2008 through June 30, 2008 (the "Quarterly Report").

PLEASE TAKE FURTHER NOTICE that objections to the Quarterly Report, if any, must be filed with the Clerk of the Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and be served upon: (i) the Debtors, Leiner Health Products Inc., 901 E. 233rd Street, Carson, California 90745 (Attn: Tae Rhee, Esq.); (ii) counsel for the Debtors, Kirkland & Ellis LLP, Citigroup Center, 153 East 53rd Street, New York, New York 10022 (Attn: Brian S. Lennon, Esq.) and Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801 (Attn: Jason M. Madron, Esq.); (iii) counsel for the Official Committee of Unsecured Creditors, Lowenstein Sandler PC, 65 Livingston Avenue, Roseland, New Jersey 07068 (Attn: Sharon L. Levine, Esq.) and Saul Ewing LLP, 222 Delaware Avenue, Suite 1200, Wilmington, Delaware 19801 (Attn: Mark Minuti, Esq.); and (iv) the Office of the United States Trustee for Region 3, District of Delaware, J. Caleb Boggs Federal Building, 844 N. King Street, Room 2207, Wilmington, Delaware 19801 (Attn: Mark S. Kenney, Esq.) so as to be received no later than **August 19, 2008 at 4:00 p.m. (Eastern Daylight Time)**

(the "Objection Deadline"). Only those objections that are timely filed, served and received by the Objection Deadline will be considered by the Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE THAT a hearing will be held only if an objection is timely filed and served to the Quarterly Report by the Objection Deadline, before The Honorable Kevin J. Carey, United States Bankruptcy Court Judge, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801, at a date and time to be scheduled by the Bankruptcy Court.

Dated: July 30, 2008
Wilmington, Delaware

RICHARDS, LAYTON & FINGER, P.A.

Mark D. Collins (Bar No. 2981)
Jason M. Madron (Bar No. 4431)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

**KIRKLAND & ELLIS LLP**
Richard M. Cieri
Paul M. Basta
Edward O. Sassower
Stephen E. Hessler
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Co-Counsel for the Debtors and Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| LEINER HEALTH PRODUCTS INC., et al.,[1] | ) Case No. 08-10446 (KJC) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Objection Deadline: August 19, 2008 at 4:00 p.m. (EDT) |

## REPORT BY ALVAREZ & MARSAL NORTH AMERICA, LLC
## OF COMPENSATION EARNED AND EXPENSES INCURRED FOR
## THE PERIOD FROM MARCH 10, 2008 THROUGH JUNE 30, 2008

**Exhibit A** - Summary of Compensation and Expenses

**Exhibit B** - Summary of Professionals and Fees

**Exhibit C** - Summary of Expenses

**Exhibit D** - Summary of Services

**Exhibit E** - Detail of Expenses

**Exhibit F** - Detailed Time Entries for the period March 10, 2008 through June 30, 2008 (to be served upon the Office of the United States Trustee for the District of Delaware only and available to other parties-in-interest for review upon request).

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Leiner Health Products Inc. (1709), LHP Holding Corp. (7947), Leiner Health Products, LLC (6283) and Leiner Health Services Corp. (4464). The address for all Debtors is: 901 E. 233rd Street, Carson, California 90745.