# **<u>Exhibit A</u>**

**Exhibit A**

**Alvarez and Marsal North America, LLC**
**Summary of Compensation and Expenses - Leiner Health Products Inc.**
**March 10, 2008 - June 30, 2008**

| Period | Fees | Expenses | Total |
|---|---|---|---|
| March 10, 2008 - March 31, 2008 | 481,143.50 | 9,723.86 | 490,867.36 |
| April 1, 2008 - April 30, 2008 | 493,304.00 | 46,733.41 | 540,037.41 |
| May 1, 2008 - May 31, 2008 | 382,668.50 | 11,582.97 | 394,251.47 |
| June 1, 2008 - June 30, 2008 | 335,930.25 | 24,101.18 | 360,031.43 |
| **Total[1]** | **$1,693,046.25** | **$92,141.42** | **$1,785,187.67** |

*[1] - Fees include travel billed at 50%*