# Exhibit B

**Alvarez and Marsal North America, LLC**
**Summary of Professionals and Fees - Leiner Health Products Inc.**
**March 10, 2008 - June 30, 2008**

| Consultant | Description of Job Function | Hourly Rate | Mar | April | May | June | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|---|---|
| **Chief Restructuring Officer** | | | | | | | | |
| Shawn Hassel | Chief Restructuring Officer / Managing Director | $575 | 160.7 | 223.8 | 217.0 | 163.0 | 764.5 | $ 439,587.50 |
| **A&M Restructuring** | | | | | | | | |
| Jay Bradford | VP Restructuring / Managing Director | $525 | 83.0 | 5.3 | - | - | 88.3 | $ 46,331.25 |
| Mark Western | VP Treasury / Director | 450 | 157.2 | 226.0 | 196.4 | 215.0 | 794.6 | 357,570.00 |
| Karise Murayama | VP of Corporate & Bankruptcy Affairs / Director | 425 | 152.5 | 197.3 | 153.0 | 205.8 | 708.5 | 301,112.50 |
| Stuart Bonomo | VP Business Operations / Associate | 375 | 156.5 | 237.3 | 240.5 | 139.5 | 773.8 | 290,156.25 |
| Blaise Angelico | VP Business Support / Analyst | 275 | 113.2 | 213.9 | - | - | 327.1 | 89,938.75 |
| ***Subtotal A&M Restructuring*** | | | 823.1 | 1,103.4 | 806.9 | 723.3 | 3,456.7 | $ 1,524,696.25 |
| **A&M CMS Group** | | | | | | | | |
| Julie Hertzberg | Managing Director | $470 | 10.5 | - | - | - | 10.5 | $ 4,935.00 |
| Steve Kotarba | Senior Director | 420 | 103.9 | 12.8 | - | 0.5 | 117.2 | 49,224.00 |
| Paul Kinealy | Director | 330 | 4.9 | - | - | - | 4.9 | 1,617.00 |
| Kevin Larin | Consultant | 290 | 43.2 | 29.2 | 12.7 | 9.2 | 94.3 | 27,347.00 |
| Mark Zeiss | Director | 290 | 35.5 | 0.5 | 2.6 | - | 38.6 | 11,194.00 |
| Chris Williams | Sr Associate | 290 | 12.0 | - | - | - | 12.0 | 3,480.00 |
| Holden Bixler | Consultant | 270 | 49.8 | 11.3 | 4.2 | 2.3 | 67.6 | 18,252.00 |
| Matthew Williams | Consultant | 270 | 80.0 | 10.7 | 28.5 | - | 119.2 | 32,184.00 |
| Mary Cabadas | Consultant | 250 | - | - | - | 8.8 | 8.8 | 2,200.00 |
| Jamie Strohl | Analyst | 230 | 6.1 | - | - | - | 6.1 | 1,403.00 |
| Pshenichnaya | Analyst | 230 | - | 37.5 | 4.0 | - | 41.5 | 9,545.00 |
| Nicholas Stevens | Analyst | 230 | 29.8 | - | 0.5 | - | 30.3 | 6,969.00 |
| ***Subtotal A&M CMS Group*** | | | 375.7 | 102.0 | 52.5 | 20.8 | 551.00 | $ 168,350.00 |
| **Grand Total** | | | 1,198.8 | 1,205.4 | 859.4 | 744.1 | 4,007.7 | $ 1,693,046.25 |