# STATEMENT

MB North America, Inc.
2780 Skypark Drive, Suite 225
Torrance, Ca. 90505
(310) 534-7100

Statement Date: 10/16/08
Customer No.: LEINER

Leiner Health Products Inc.
901 E. 233rd Street
Carson, CA   90745

| DATE | REFERENCE | DESCRIPTION | CHARGE | CREDIT | BALANCE |
|---|---|---|---|---|---|
| 02/29/08 | 3005940-IN | | 22,500.00 | | 22,500.00 |

| | | | | TOTAL | 22,500.00 |
|---|---|---|---|---|---|
| CURRENT | 0 DAYS | 30 DAYS | 60 DAYS | 90 DAYS | BALANCE DUE |
| 0.00 | 0.00 | 0.00 | 0.00 | 22,500.00 | 22,500.00 |


the nature network®

**MB North America**

| INVOICE NUMBER: | 3005940-IN |
| INVOICE DATE: | 02/29/2008 |

# INVOICE

**SOLD TO:**
Leiner Health Products Inc.
901 E. 233rd Street
Carson, CA   90745

United States

**SHIP TO:**
Leiner Health Products
GG-COMP/PROD STOCK
7366 ORANGEWOOD AVENUE
Garden Grove, CA   92841
United States

ORDER #: 2005775
ORDER DATE: 02/28/200:
CONFIRM TO: William Fitzg
SALESPERSON: Chris

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS | | | | |
|---|---|---|---|---|---|---|---|
| 202545 | TOTAL TRANSPORT | Delivered | Net 30 davs | | | | |
| ITEM NO. | DESCRIPTION   CUST ITEM NO. | QUANTITY | UNIT | SHIPPED | PRICE | AMOUNT | |
| 0146363 | 1200 | 500 | KG | 500 | $45.00 | $22,500.00 | |
| | Panax Ginseng Root 7% Ginsenosides | | | | | | |

LOT NUMBER:  07017773                                                                                    500

20 @ 25 kgs.

Subtotal: $22,500.00
Freight: 0.00
Invoice Total: $22,500.00

MB North America, Inc. • 2780 Skypark Drive, Suite 225 • Torrance, CA. 90505
Tel: (310) 534-7100 • Fax: (310) 534-8001 • Email: info@mbnorthamerica.com • www.mbnorthamerica.com