# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| SUPPLEMENTS LT INC. (f/k/a LEINER HEALTH PRODUCTS INC.), et al.,[1] | ) Case No. 08-10446 (KJC) |
| Debtors. | ) Jointly Administered |
| | ) Re: Docket No. 930 |

## ORDER EXTENDING SECTION 1121(C)(2) AND (3) EXCLUSIVE PERIODS

Upon the motion (the "Motion") of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") extending the Debtors' exclusive period to file a chapter 11 plan through and including February 28, 2009 and to solicit votes to approve a chapter 11 plan through and including March 31, 2009 (together, the "Exclusive Periods"); and it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors and other parties in interest; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion having been adequate and appropriate under the circumstances; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, that the Motion is granted; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Supplements LT Inc. (1709), Supplements LT Services Corp. (7947), Supplements Liquidating Trust LLC (6283), and Supplements LT Holdings Corp. (4464). The address for all Debtors is: PO Box 811370, Los Angeles, CA 90081.

1

ORDERED, that pursuant to section 1121(d) of the Bankruptcy Code, no party, other than the Debtors, may file any chapter 11 plan from the date hereof through and including February 28, 2009; and it is further

ORDERED, that pursuant to section 1121(d) of the Bankruptcy Code, no party, other than the Debtors, may solicit votes to accept a proposed chapter 11 plan filed with this Court during the period from the date hereof through and including March 31, 2009; and it is further

ORDERED, that nothing herein shall prejudice the Debtors' right to seek further extensions of the Exclusive Periods consistent with section 1121(d) of the Bankruptcy Code; and it is further

ORDERED, that the Debtors are authorized to take all actions necessary or appropriate to effectuate the relief granted pursuant to this order in accordance with the Motion; and it is further

ORDERED, that the terms and conditions of this Order shall be immediately effective and enforceable upon entry of the Order; and it is further

ORDERED, that the Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: February 3, 2009
Wilmington, Delaware

The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge