# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SUPPLEMENTS LT INC.<br>(f/k/a LEINER HEALTH PRODUCTS, INC.),<br>et al.,¹<br><br>Debtors. | Chapter 11<br><br>Case No. 08-10446 (KJC)<br><br>(Jointly Administered)<br><br>Objections Due: February 26, 2009 by 4:00 p.m.<br>Hearing Date: March 10, 2009 at 2:00 p.m.<br><br>Related Docket Nos. 337, 481, 572, 668, 763, 845, 911, 973 & 1022 |

## NOTICE OF FINAL FEE APPLICATION REQUEST OF
## FTI CONSULTING, INC. AS FINANCIAL ADVISOR TO
## THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Name of Applicant:				FTI Consulting, Inc.

Authorized to Provide
Professional Services to:			Official Committee of Unsecured Creditors

Effective Date of Retention:		March 21, 2008

Period for which compensation
and reimbursement is sought:		March 21, 2008 through December 30, 2008

Amount of Compensation Sought
as actual, reasonable
and necessary:				$	932,258.19

Amount of Expense Reimbursement	$	1,965.56
Sough as actual, reasonable & necessary

---

1   The Debtors in these cases include: Supplements LT Inc., Supplements LT Services Corp., Supplements Liquidating Trust LLC, and Supplements LT Holdings Corp.

2   Pursuant to the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the "*Administrative Order*"), the Applicant hereby requests final approval and allowance of compensation for professional services rendered and reimbursement of expenses incurred and sought from March 21, 2008 through and including December 30, 2008 (the "*Final Application Period*"). As noted on the following page the applicant has filed nine prior monthly applications and hereby seeks final allowance of fees and expenses requested therein.

564993.1											1

This is an: _____ interim __X__ final application.

| Fee App./ Period Covered/ Filing Date/ Docket No. | Fees Requested | Expenses Requested | Cert. of No Obj Filed/ Docket No. | Amount Owed to Applicant (Fees) | Amount Owed to Applicant (Expenses) |
|---|---|---|---|---|---|
| 1st Monthly Application (3/21/08 – 4/30/08) Filed: 5/27/08 Docket No. 337 | $135,484.00 | $223.00 | Filed: 6/18/08 Docket No. 453 | $0.00 | $0.00 |
| 2nd Monthly Application (5/1/08 – 5/31/08) Filed: 6/24/08 Docket No. 481 | $100,000.00 | $172.20 | Filed: 7/16/08 Docket No. 552 | $0.00 | $0.00 |
| 3rd Monthly Application (6/1/08 – 6/30/08) Filed: 7/22/08 Docket No. 572 | $100,000.00 | $974.75 | Filed: 8/14/08 Docket No. 632 | $0.00 | $0.00 |
| 4th Monthly Application (7/1/08-7/31/08) Filed: 8/20/08 Docket No. 668 | $100,000.00 | $279.50 | Filed: 9/12/08 Docket No. 748 | $20,000.00 | $0.00 |
| 5th Monthly Application (8/1/08-8/31/08) Filed: 9/22/08 Docket No. 763 | $100,000.00 | $129.27 | Filed: 10/15/08 Docket No. 823 | $20,000.00 | $0.00 |
| 6th Monthly Application (9/1/08-9/30/08) Filed: 10/21/08 Docket No. 845 | $100,000.00 | $99.54 | Filed: 12/10/08 Docket No. 966 | $20,000.00 | $0.00 |
| 7th Monthly Application (10/1/08-10/31/08) Filed: 11/19/08 Docket No. 911 | $100,000.00 | $28.14 | Filed: 12/11/08 Docket No. 974 | $20,000.00 | $0.00 |
| 8th Monthly Application (11/1/08-11/30/08) Filed: 12/11/08 Docket No. 973 | $100,000.00 | $0.00 | Filed: 1/6/09 Docket No. 1003 | $100,000.00 | $0.00 |
| 9th Monthly Application (12/1/08-12/30/08) Filed: 1/15/09 Docket No. 1022 | $96,774.19 | $59.16 | Pending | $96,774.19 | $59.16 |
| TOTAL | $932,258.19 | $1,965.56 | | $276,774.19 | $59.16 |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 )  |
| SUPPLEMENTS LT INC. (f/k/a LEINER HEALTH PRODUCTS, INC.), et al.,[1] | ) Case No. 08-10446 (KJC) ) Jointly Administered ) ) **Objections Due: February 26, 2009 by 4:00 p.m.** ) **Hearing Date: March 10, 2009 at 2:00 p.m.** |
| Debtors | ) ) |

## FINAL FEE APPLICATION OF FTI CONSULTING, INC., FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF LEINER HEALTH PRODUCTS, INC, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD MARCH 21, 2008 THROUGH DECEMBER 30, 2008

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | Retention Effective March 21, 2008 |
| Period for which compensation and reimbursement are sought: | MARCH 21, 2008 THROUGH DECEMBER 30, 2008 |
| Amount of compensation sought as actual, reasonable, and necessary: | $932,258.19 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $1,965.56 |
| This is an: \_\_ monthly \_\_ interim  _X_ final application. | |

---

[1] The Debtors in these cases include: Supplements LT Inc., Supplements LT Services Corp., Supplements Liquidating Trust LLC, and Supplements LT Holdings Corp.

564993.1

3

Prior Monthly Fee Applications:

| Date Filed | Period Covered | Requested Fees, Expenses | Received Fees, Expenses |
|---|---|---|---|
| 05/27/08<br>Docket no. 337 | 03/21/08-04/30/08 | $135,484.00 (Fees)<br>$223.00 (Expenses) | $135,484.00 (Fees)<br>$223.00 (Expenses) |
| 06/24/08<br>Docket no. 481 | 05/01/08-05/31/08 | $100,000.00 (Fees)<br>$172.20 (Expenses) | $100,000.00 (Fees)<br>$172.20 (Expenses) |
| 07/22/08<br>Docket no. 572 | 06/01/08-06/30/08 | $100,000.00 (Fees)<br>$974.75 (Expenses) | $100,000.00 (Fees)<br>$974.75 (Expenses) |
| 08/20/08<br>Docket no. 668 | 07/01/08-07/31/08 | $100,000.00 (Fees)<br>$279.50 (Expenses) | $80,000.00 (Fees)<br>$279.50 (Expenses) |
| 09/22/08<br>Docket no. 763 | 08/01/08-08/31/08 | $100,000.00 (Fees)<br>$129.27 (Expenses) | $80,000.00 (Fees)<br>$129.27 (Expenses) |
| 10/21/08<br>Docket no. 845 | 09/01/08-09/30/08 | $100,000.00 (Fees)<br>$99.54 (Expenses) | $80,000.00 (Fees)<br>$99.54 (Expenses) |
| 11/19/08<br>Docket no. 911 | 10/01/08-10/31/08 | $100,000.00 (Fees)<br>$28.14 (Expenses) | $80,000.00 (Fees)<br>$28.14 (Expenses) |
| 12/11/08<br>Docket no. 973 | 11/01/08-11/30/08 | $100,000.00 (Fees)<br>$0.00 (Expenses) | Pending |
| 1/15/09<br>Docket no.1022 | 12/01/08-12/30/08 | $96,774.19 (Fees)<br>$59.16 (Expenses) | Pending |
| Total | 3/21/08-12/30/08 | $932,258.19 (Fees)<br>$1,965.56 (Expenses) | $655,484.00 (Fees)<br>$1,906.40 (Expenses) |

## LEINER HEALTH PRODUCTS, INC
## FTI CONSULTING
## SUMMARY OF HOURS BY PROFESSIONAL
## FOR THE PERIOD MARCH 21, 2008 THOUGH DECEMBER 30, 2008

| Professional | Position | HOURS |
|---|---|---|
| Eisenband, Michael | Senior Managing Director | 25.5 |
| Joffe, Steven | Senior Managing Director | 9.5 |
| Star, Samuel | Senior Managing Director | 133.7 |
| Ozawa, Michael M | Senior Managing Director | 30.3 |
| Tully, Conor | Managing Director | 391.4 |
| Pakkala, Matthew | Managing Director | 4.7 |
| Korsman, Lynn | Senior Consultant | 4.7 |
| Farber, Arnold | Consultant | 699.8 |
| Pearson, Linda | Executive Assistant | 2.3 |
| **Total** | | **1,301.9** |

# HOURS BY PROJECT CATEGORY

LEINER HEALTH PRODUCTS, INC
FTI CONSULTING
SUMMARY OF HOURS BY PROJECT CODE
FOR THE PERIOD MARCH 21, 2008 THOUGH DECEMBER 30, 2008

| PROJECT CODE | DESCRIPTION | HOURS |
|---|---|---|
| 1 | Planning, Supervision and Review | 24.3 |
| 2 | Preparation and Review of Info. Requests and Related Matters | 13.3 |
| 3 | Review Newly Received Documents | 8.1 |
| 4 | Valuation and Related Matters | 11.3 |
| 5 | Liquidation and Working Capital Adjustment Analysis | 186.9 |
| 6 | Analysis re: Potential Avoidance Actions | 3.2 |
| 7 | Analysis of Long-Term Business Plan and Related Matters | 2.3 |
| 8 | Analysis of Current Operating Results and Related Matters | 126.4 |
| 9 | Analysis of Bankruptcy Schedules | 9.4 |
| 10 | Analysis of Tax Issues | 7.8 |
| 12 | Preparation for and Attendance at Court Hearings | 4.1 |
| 13 | Analysis and Administration of Wind-down | 251.7 |
| 14 | Analysis of Return to Vendor Program and Critical Vendor | 46.8 |
| 15 | Analyze Intercompany Claims | 9.3 |
| 16 | Analyze Liabilities Subject to Compromise | 76.6 |
| 17 | Prep/Particp in Mtgs & Conf Calls with Debtor | 22.0 |
| 18 | Prep/Particp in Creditor Committee Mtgs & Conf Calls | 57.3 |
| 19 | Meetings with Other Parties | 8.3 |
| 20 | Analyze Employee Severance, Pension, Retention and Bonus Programs | 30.6 |
| 22 | Analyze Real Property Leases | 0.5 |
| 24 | Analyze DIP Facility Matters | 24.2 |
| 25 | Analyze Other Financing Matters | 1.7 |
| 27 | Other Litigation Matters | 9.9 |
| 28 | Participate in Case Strategy Meetings/Calls | 115.7 |
| 29 | Review of the Plan of Liquidation and Disclosure Statement | 31.2 |
| 30 | Analyze Asset Sales Proposals | 120.3 |
| 34 | Firm Retention | 48.0 |
| 35 | Preparation of Fee App | 42.1 |
| 36 | Preparation of Documents for Distribution | 4.0 |
| 37 | Travel Time | 4.6 |
| **Total** | | **1,301.9** |

# EXPENSE SUMMARY

## FTI CONSULTING
## SUMMARY OF EXPENSES
## FOR THE PERIOD MARCH 21, 2008 THOUGH DECEMBER 30, 2008

| Professional | Transportation [1] | Meals [2] | Other [3] | Total Expenses |
|---|---|---|---|---|
| Star, Samuel | $ 261.00 | $ - | $ 12.95 | $ 273.95 |
| Tully, Conor | 667.61 | 268.00 | - | 935.61 |
| Bellazain-Harris, Sheba | - | - | 290.88 | 290.88 |
| Farber, Arnold | - | 396.60 | 68.52 | 465.12 |
| **Total:** | **$ 928.61** | **$ 664.60** | **$ 372.35** | **$ 1,965.56** |

Notes:
(1) Includes train trips to Delaware, car service, taxi and other transportation charges.
(2) Includes charges for working and out of office meals.
(3) Includes charges for electronic subscription, internet service providers and postage.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:  Chapter 11

SUPPLEMENTS LT INC.
(f/k/a LEINER HEALTH PRODUCTS, INC.), *et al.*,[1]

Case No. 08-10446 (KJC)

Debtors.

Objections Due: February 26, 2009 by 4:00 p.m.
Hearing Date: March 10, 2009 at 2:00 p.m

## FINAL FEE APPLICATION OF FTI CONSULTING, INC., FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF LEINER HEALTH PRODUCTS, INC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MARCH 21, 2008 THROUGH DECEMBER 30, 2008

This final fee application for compensation and reimbursement of expenses (the *"Final Fee Application"*) is filed by FTI Consulting, Inc (*"FTI" or the "Applicant"*) requesting payment for services rendered and reimbursement of costs expended as financial advisor for the Official Committee of Unsecured Creditors (the *"Committee"*) of Leiner Health Products, Inc, et al (the *"Debtors"*) for the period of March 21, 2008 through December 30, 2008 (the *"Final Application Period"*). In support of this Final Fee Application, FTI respectfully states as follows:

### Jurisdiction

1. The Court has jurisdiction over this matter under 28 U.S.C. § 1334. This is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2). Venue of this chapter 11 case in this district is proper under 28 U.S.C. §§ 1408 and 1409.

### Background

2. On March 10, 2008 (the *"Petition Date"*), the Debtors filed with this Court their voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the *"Bankruptcy Code"*). Pursuant to sections 1107 and 1108 of the Bankruptcy Code, the Debtors operated their business as debtors in possession during the bankruptcy proceedings.

---

[1] The Debtors in these cases include: Supplements LT Inc., Supplements LT Services Corp., Supplements Liquidating Trust LLC, and Supplements LT Holdings Corp.

564993.1

8

3. On March 18, 2008, the United States Trustee appointed the Committee, consisting of the following seven members: U.S. Bank National Association; BASF Corporation; Dr. Reddy's Laboratories, Inc; Berry Plastics Corporation; DSM Nutritional Products, Inc; Colorcon, Inc; and NatureGen, Inc.

4. On March 18, 2008, the Committee selected the law firm of Lowenstein Sandler PC as counsel to represent it in connection with the Debtors Chapter 11 proceedings and on March 21, 2008 the Committee selected FTI as its financial advisor.

5. On April 18, 2008 FTI filed its retention application. On May 14, 2008 the Court entered an order approving the retention of FTI as financial advisor to the Committee effective March 21, 2008 (the "*Retention Order*").

6. On June 9, 2008 an auction was held whereby the Debtors' sold substantially all of their assets to Nature's Bounty. On June 11, 2008 the court held a hearing and approved the sale.

7. On October 15, 2008 the Debtors' Plan of Liquidation was confirmed.

8. On December 30, 2008 the Debtors' Plan of Liquidation went effective.

### Relief Requested

9. FTI submits this Final Fee Application pursuant to sections 328, 330 and 331 of the Bankruptcy code, Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*"), the Order Establishing Procedures For Interim Compensation and Reimbursement of Chapter 11 Professionals (the "*Administrative Order*"), Del. Bankr. LR 2016-2 and the Retention Order.

10. By this Final Fee Application, FTI seeks allowance of compensation for professional services rendered in the amount of $932,258.19, and seeks allowance and payment of its actual and necessary expenses in the amount of $1,965.56, in accordance with the terms of the Administrative Order.

11. Applicant has filed the following monthly applications (the "*Monthly Applications*") for compensation and reimbursement of expenses for services rendered and expense incurred in these bankruptcy cases as follows:

| Date Filed | Period Covered | Requested Fees, Expenses | Received Fees, Expenses |
|---|---|---|---|
| 05/27/08 Docket no. 337 | 03/21/08-04/30/08 | $135,484.00 (Fees) $223.00 (Expenses) | $135,484.00 (Fees) $223.00 (Expenses) |
| 06/24/08 Docket no. 481 | 05/01/08-05/31/08 | $100,000.00 (Fees) $172.20 (Expenses) | $100,000.00 (Fees) $172.20 (Expenses) |
| 07/22/08 Docket no. 572 | 06/01/08-06/30/08 | $100,000.00 (Fees) $974.75 (Expenses) | $100,000.00 (Fees) $974.75 (Expenses) |
| 08/20/08 Docket no. 668 | 07/01/08-07/31/08 | $100,000.00 (Fees) $279.50 (Expenses) | $80,000.00 (Fees) $279.50 (Expenses) |
| 09/22/08 Docket no. 763 | 08/01/08-08/31/08 | $100,000.00 (Fees) $129.27 (Expenses) | $80,000.00 (Fees) $129.27 (Expenses) |
| 10/21/08 Docket no. 845 | 09/01/08-09/30/08 | $100,000.00 (Fees) $99.54 (Expenses) | $80,000.00 (Fees) $99.54 (Expenses) |
| 11/19/08 Docket no. 911 | 10/01/08-10/31/08 | $100,000.00 (Fees) $28.14 (Expenses) | $80,000.00 (Fees) $28.14 (Expenses) |
| 12/11/08 Docket no. 973 | 11/01/08-11/30/08 | $100,000.00 (Fees) $0.00 (Expenses) | Pending |
| 1/15/09 Docket no.1022 | 12/01/08-12/30/08 | $96,774.19 (Fees) $59.16 (Expenses) | Pending |
| Total | 3/21/08-12/30/08 | $932,258.19 (Fees) $1,965.56 (Expenses) | $655,484.00 (Fees) $1,906.40 (Expenses) |

12. The Debtors to date have paid the Applicant $657,390.40 for services rendered and expenses incurred from the commencement of these cases and $276,833.35 remaining due.

13. Applicant has provided a summary of services rendered by each professional and project code pursuant to FTI's Retention Order.

14. Applicant has rendered services on behalf of the Committee from March 21, 2008 through December 30, 2008 totaling 1,301.9 hours.

15. As described in the Monthly Applications, FTI's services have resulted in significant benefits to the unsecured creditors. Accordingly, FTI respectfully submits that its request for compensation and reimbursement of expenses is reasonable and is justified by the benefits received by the unsecured creditors and at that request, therefore, should be allowed in full.

## Certification

16. The undersigned hereby certifies that I have reviewed the requirements of DEL. Bankr. LR 2016-2 ("Rule 2016-2") and that to the best of my knowledge, the Monthly Application and this Final Fee Application comply with Rule 2016-2. To the extent that the applications do not comply in all respects with the requirements of Rule 2016-2, FTI believes that such deviations are not material and respectfully requests that any such requirement be waived.

## Notice

17. As required by the Administrative Order, a copy of this Final Fee Application has been served upon: (a) the Debtors; (b) Debtors' Counsel; (c) the Office of the United States Trustee; (d) the Lender; (e) the Lender's Counsel; and (f) the Committee's Counsel. Notice of this Final Fee Application was served upon all parties requesting notice pursuant to Bankruptcy Rule 2002.

18. WHEREFORE, Applicant respectively requests that this Court enter an Order:

    A. Allowing on a final basis the compensation and reimbursement of expenses requested in the First (Docket No.337), Second (Docket No.481), Third (Docket No.572), Fourth (Docket No.668), Fifth (Docket No.763), Sixth (Docket No.845), Seventh (Docket No.911), Eighth (Docket No.973) and Ninth (Docket No.1022) Monthly Applications for Compensation and Reimbursement of Expenses, the first eight of which were previously approved on an interim basis and the ninth is pending;

    B. Allowing on a final basis compensation in the amount of $932,258.19 for (i) services rendered by the Applicant during the Final Application

Period for and on behalf of the Committee and (ii) reimbursement of expenses in the amount of $1,965.56, as requested in this application.

C. For such other and further relief as this Court may deem just and proper

19. Applicant has reviewed the requirements of Del. Bankr. LR 2016-2 and believes that this application complies with the requirements of the same.

Dated: February 6, 2009                    FTI CONSULTING, INC

                                           By: _____
                                               Samuel Star