IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| SUPPLEMENTS LT INC. (f/k/a LEINER HEALTH PRODUCTS INC.), et al.,[1] | ) ) ) ) | Case No. 08-10446 (KJC) Jointly Administered |
| Debtors. | ) ) | **Objection Deadline: March 5, 2009 at 4:00 p.m. (EST)** |

## FINAL REPORT BY ALVAREZ & MARSAL NORTH AMERICA, LLC OF COMPENSATION EARNED AND EXPENSES INCURRED FOR THE PERIOD FROM OCTOBER 1, 2008 THROUGH DECEMBER 30, 2008

**Exhibit A** - Summary of Compensation and Expenses

**Exhibit B** - Summary of Professionals and Fees

**Exhibit C** - Summary of Expenses

**Exhibit D** - Summary of Services

**Exhibit E** - Detail of Expenses

**Exhibit F** - Detailed Time Entries for the period October 1, 2008 through December 30, 2008 (to be served upon the Office of the United States Trustee for the District of Delaware only and available to other parties-in-interest for review upon request).

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, were: Supplements LT Inc. (1709), Supplements LT Services Corp. (7947), Supplements Liquidating Trust LLC (6283), and Supplements LT Holdings Corp. (4464). The address for all Debtors was: P.O. Box 811370, Los Angeles, CA 90081. On or about December 30, 2008, each of the Debtor entities was dissolved in accordance with Article IV.G.2 of the *Debtors' Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code*, dated August 21, 2008 [Docket No. 683] (the "Plan") and KDW Liquidating Services LLC was appointed as Liquidating Trustee in these chapter 11 cases pursuant to Article IV.A of the Plan and the *Order Confirming the Debtors' Plan of Liquidation Under Chapter 11 of the Bankruptcy Code*, dated October 15, 2008 [Docket No. 822].