# **Exhibit A**

Exhibit A

## Alvarez and Marsal North America, LLC
## Summary of Compensation and Expenses - Leiner Health Products Inc.
## October 1, 2008 - December 30, 2008

| Period | Fees [1] | Expenses [2] | Total |
|---|---:|---:|---:|
| October 1, 2008 - October 31, 2008 | 138,888.25 | 5,497.02 | 144,385.27 |
| November 1, 2008 - November 30, 2008 | 29,961.50 | 2,417.38 | 32,378.88 |
| December 1, 2008 - December 30, 2008 | 34,831.25 | 1,002.71 | 35,833.96 |
| **Total** | **$203,681.00** | **$8,917.11** | **$212,598.11** |

*[1] - Fees include travel time billed at 50% pusuant to the engagement agreement.*
*[2] Reflects the month expenses were submitted for reimbursement, not necessarily when incurred.*
   *Includes unbilled expenses from prior months.*