# Exhibit B

**Alvarez and Marsal North America, LLC**
**Summary of Professionals and Fees - Leiner Health Products Inc.**
**October 1, 2008 - December 30, 2008**

| Consultant | Description of Job Function | Hourly Rate | Hours Oct | Hours Nov | Hours Dec | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|---|
| **Chief Restructuring Officer** | | | | | | | |
| Shawn Hassel | Chief Restructuring Officer / Managing Director | $575 | 88.0 | 6.5 | 1.5 | 96.0 | $ 55,200.00 |
| **A&M Restructuring** | | | | | | | |
| Karise Murayama | VP of Corporate & Bankruptcy Affairs / Director | 425 | 157.8 | 50.0 | 73.8 | 281.5 | 119,637.50 |
| Stuart Bonomo | VP Business Operations / Associate | 375 | 44.5 | 7.0 | 7.0 | 58.5 | 21,937.50 |
| *Subtotal A&M Restructuring* | | | 290.3 | 63.5 | 82.3 | 436.0 | $ 196,775.00 |
| **A&M CMS Group** | | | | | | | |
| Kevin Larin | Consultant | 290 | 3.3 | - | - | 3.3 | 957.00 |
| Holden Bixler | Consultant | 270 | - | 1.3 | - | 1.3 | 351.00 |
| Matthew Williams | Consultant | 270 | - | 7.4 | - | 7.4 | 1,998.00 |
| Mary Cabadas | Consultant | 250 | 14.4 | - | - | 14.4 | 3,600.00 |
| *Subtotal A&M CMS Group* | | | 17.7 | 8.7 | 0.0 | 26.40 | $ 6,906.00 |
| **Grand Total** | | | 308.0 | 72.2 | 82.3 | 462.4 | $ 203,681.00 |