## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> LEINER HEALTH PRODUCTS INC., <br><br> Debtor. | Chapter 11 <br><br> Case No. 08-10446 (KJC) <br><br> D.I. 1311, 1384, 1386 |
| In re: <br><br> LHP HOLDING CORP., <br><br> Debtor. | Chapter 11 <br><br> Case No. 08-10447 (KJC) |
| In re: <br><br> LEINER HEALTH PRODUCTS, LLC, <br><br> Debtor. | Chapter 11 <br><br> Case No. 08-10448 (KJC) |
| In re: <br><br> LEINER HEALTH SERVICES CORP., <br><br> Debtor. | Chapter 11 <br><br> Case No. 08-10449 (KJC) |

### FINAL DECREE CLOSING CHAPTER 11 CASES
### AND GRANTING RELATED RELIEF

Upon the motion, dated May 30, 2013 (the "Motion")[1] of the LHP Liquidating Trust (the "Trust"), by and through KDW Restructuring & Liquidation Services LLC, as Liquidating Trustee for entry of a final decree closing the Chapter 11 Cases pursuant to section 350(a) of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"),

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

Rule 3022 of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rule") and Rule 3022-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and for related relief approving the Liquidating Trustee's final report and accounting, and granting the Liquidating Trustee and certain related parties a release of discharge; and it appearing that this estate has been fully administered as required by section 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022, making no further administration necessary; and it appearing that all fees due pursuant to 28 U.S.C. § 1930 have been paid; and due and sufficient notice of the Motion and the Final Report required by Local Rule 3022-1 and Liquidating Trust Agreement Art. 6.6 has been given, and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that the following cases of the Debtors are hereby closed pursuant to section 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022 and Local Rule 3022-1: (i) Case No. 08-10446 filed by Leiner Health Products Inc.; (ii) Case No. 08-10447 filed by LHP Holding Corp.; (iii) Case No. 08-10448 filed by Leiner Health Products, LLC; and (iv) Case No. 08-10449 filed by Leiner Health Services Corp.; and it is further

ORDERED, that on or prior to July 31, 2013, the Liquidating Trustee shall submit to the Office of the United States Trustee for the District of Delaware and file with this Court post-confirmation quarterly report for the second quarter of 2013 (and any such reports through the date of entry of this final decree); and it is further

ORDERED, that pursuant to the Liquidating Trust Agreement, including sections 11.1 and 11.5 thereof, the Liquidating Trustee and its agents, employees, professionals and predecessors-in-interest, and also of the members of the Liquidating Trust Committee and their

respective professionals, shall be relieved of all duties and released and discharged from any further obligations, claims, and liability under or related to the Liquidating Trust Agreement or the Chapter 11 Cases; and it is further

ORDERED, that the Final Report is hereby approved for all purposes, including local Bankruptcy Rule 3022-1(c) and Liquidating Trust Agreement Art. 6.5 and 6.6; and it is further

ORDERED, that the Liquidating Trustee is authorized to donate to the ABI Endowment Fund and/or the New Jersey Bankruptcy Lawyers Foundation any funds remaining in the Trust after distributions to unsecured creditors and payment of the Trust's expenses, including any amounts remaining as a result of undeliverable distributions, if such funds represent less than 0.5% of the aggregate amount of Allowed General Unsecured Claims (as such term is defined in the Plan) under the Plan; and it is further

ORDERED that entry of this Final Decree is without prejudice to the rights of the Liquidating Trustee or any party in interest to seek to reopen the Chapter 11 Cases for cause; and it is further

ORDERED that the Liquidating Trustee is authorized and empowered to take all actions necessary or appropriate to implement the relief granted in this Order; and it is further

ORDERED that notwithstanding the possible applicability of Bankruptcy Rule 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED that to the extent that this Order is inconsistent with any prior order or pleading with respect to the Motion in the Chapter 11 Cases, the terms of this Order shall govern; and it is further

RLF1 8770544v.1

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: June 18, 2013
Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE